CO-386-online
10/03

# United States District Court
# For the District of Columbia

MICHILIN PROSPERITY CO., LTD., )
)
)
)
            Plaintiff )
   vs )   Civil Action No. _____
)
DUDAS, Jon, Under Secretary of Commerce for )
Intellectual Property and Director of the United )
States Patent and Trademark Office, )
)
            Defendant )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  MICHILIN PROSPERITY CO., LTD  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  MICHILIN PROSPERITY CO., LTD.  which have any outstanding securities in the hands of the public:

NONE

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_Thomas J. Moore_
Signature

294512
BAR IDENTIFICATION NO.

Thomas J. Moore, BACON & THOMAS, PLLC,
Print Name

625 Slaters Lane
Address

Alexandria,    VA    22314-1176
City           State    Zip Code

703-683-0500
Phone Number