AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MICHILIN PROSPERITY CO., LTD.

**SUMMONS IN A CIVIL CASE**

V.

DUDAS, Jon, Under Secretary of Commerce
for Intellectual Property and Director of the
United States Patent and Trademark Office

CASE NUMBER 1:06CV01471

JUDGE: Richard W. Roberts

DECK TYPE: Administrative Agency Review

DATE STAMP: 08/21/2006

TO: (Name and address of Defendant)

Honorable Kenneth L. Wainstein
United States Attorney's Office
555 4th Street, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Felix J. D'Ambrosio
Thomas J. Moore
BACON & THOMAS, PLLC
625 Slaters Lane, Fourth Floor
Alexandria, Virginia 22314-1176

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         AUG 21 2006
CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE August 22, 2006 |
| NAME OF SERVER (PRINT) Thomas J. Moore | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):   served by certified U.S. mail

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 22, 2006                 *Thomas J. Moore*
            Date                              Signature of Server

BACON & THOMAS, PLLC
625 Slaters Lane, 4th Floor, Alexandria, VA  22314

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.