UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MICHILIN PROSPERITY CO., LTD., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 06-1471 (RWR) |
| | ) | |
| JON W. DUDAS, Under Secretary of | ) | |
| Commerce for Intellectual Property and | ) | |
| Director of the United States Patent | ) | |
| and Trademark Office, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

ENTRY OF APPEARANCE

THE CLERK OF THIS COURT will please enter the appearance of Assistant United

States Attorney Marian L. Borum as counsel for the defendant in the above-captioned case.


Respectfully submitted,

/s/ _____
MARIAN L. BORUM, D.C. Bar #435409
Assistant United States Attorney
United States Attorney's Office
Judiciary Center Building
555 Fourth Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-6531
marian.l.borum@usdoj.gov

Dated: October 27, 2006

CERTIFICATE OF SERVICE

I  HEREBY  CERTIFY that on this <u>27th</u>  day of October, 2006, a true and correct copy

of the foregoing Entry of Appearance was served  by first class United States mail, postage

prepaid marked for delivery to:

Thomas J. Moore
BACON & THOMAS, PLLC
625 Slaters Lane, 4th Floor
Alexandria, VA 22314-1176


/s/
_____    _____
                             MARIAN L. BORUM, D.C. Bar #435409
                             Assistant United States Attorney
                             United States Attorney's Office
                             Judiciary Center Building
                             555  Fourth  Street,  N.W.  -  Civil  Division
                             Washington, D.C. 20530
                             (202) 514-6531