# EXHIBIT 1



United States Patent and Trademark Office

NEWS

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Press Releases > USPTO Completes Move to New Headquarters

**PRESS RELEASE**
Contact:
Ruth Nyblod
571-272-8400
ruth.nyblod@uspto.gov

July 1, 2005
#05-28

## USPTO Completes Move to New Headquarters

**WASHINGTON, D.C.** --The U.S. Department of Commerce's United States Patent and Trademark Office (USPTO) today announced completion of its move to new, consolidated headquarters in Alexandria, VA, which involved relocating over 7,000 employees and contractors. The consolidation from 18 buildings in Crystal City, VA, is expected to save the federal government more than $98 million over the 20-year term of the lease.

The USPTO's new 2.4 million sq. ft. facility includes five interconnected buildings, designed in a "U" shape configuration to form a campus-like setting. The centerpiece of the facility is the signature "Madison" building, remarkable for its 10-story atrium. The USPTO headquarters also includes four companion office buildings and two parking structures, each with a facade of townhouse offices.

"We are proud that construction stayed on or ahead of schedule and under budget," noted Under Secretary of Commerce for Intellectual Property and Director of the USPTO Jon Dudas. "We now have a world-class, state-of-the-art facility that is better equipped to support the mission of the USPTO."

USPTO's new headquarters is designed to accommodate cutting edge technology, necessary to fully automate the processing of patent and trademark applications. Modern buildings and equipment and employee-friendly services, including a child-development center, multipurpose meeting facilities, and fitness center, give USPTO the opportunity to attract and retain a highly skilled workforce.

For more information on the new USPTO campus, **see attached fact sheet**.

###

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Last Modified: 07/01/2005 15:36:50



**United States Patent and Trademark Office**

NEWS

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Press Releases > USPTO New Headquarters in Alexandria, VA.

**Child Development Center**

The USPTO Innovation Station Child Development Center lets employees enroll their children and grandchildren in a state-of-the-art early learning facility in the midst of the new headquarters complex. The Center accommodates up to 138 children from ages six weeks to six years old.

**Security**

The complex is designed with heightened and integrated security. Security personnel monitor the entire campus, including the parking garages, and a security checkpoint in each lobby controls access.

**Public Amenities**

The complex also has a host of public amenities, including the popular Patent and Trademark Office Museum--which will reopen on July 13--a full-service cafeteria and Dulany Gardens, a landscaped two-acre park located at the center of the facility featuring benches, brick walkways, and a water fountain.

**During construction:**

- Up to 1,000 workers were onsite at height of construction; eight cranes operated simultaneously during this phase;
- 3,700 piles were driven over first nine months of construction;
- 225,000 cubic yards of concrete, 22,500 tons of rebar, and over one million cables were used;
- Two million bricks, 700,000 cinder blocks, and 3,000 units of exterior pre-cast concrete were laid;
- 3,400 punch windows and 16,000 square feet of mirrored glass; as well as
- Enough cooling for 2,000 homes, 27,000 circuit breakers, 14,000+ light fixtures, and 2,560 plumbing fixtures were installed.

For over a decade, the USPTO and the General Services Administration (GSA) have been working to consolidate and update the USPTO facilities. In June 2000, GSA signed a 20-year lease with LCOR Alexandria, LLC to develop office and related space for the USPTO in Alexandria, VA. The USPTO, GSA, and LCOR broke ground in January 2001. The first phase of occupancy began the first week of December 2003. It is the largest lease in the GSA inventory and is also the biggest lease-construction project ever undertaken by GSA.

Designed by Skidmore, Owings and Merrill architectural firm, the buildings were constructed by Turner Construction Company. Gensler architectural and interior design provided the interior design.

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Last Modified: 07/01/2005 15:36:50