# EXHIBIT 2



| | HOME | Newsroom | Jobs | Site Map | Person Fin |

**New Search**

| Name and | Organization: | | Locator Information | |
|---:|---|---|---:|---|
| Last name: | **Dudas** | Internet address: | **Jon.Dudas@USPTO.GOV** | |
| First name: | **Jon** | Office phone | **(571) 272-8600** | |
| Middle initial: | | FAX phone: | | |
| Junior, etc. | | | | |
| Title: | | Street address: | **600 DULANY STREET** | |
| Office: | **EXECUTIVE** | City: | | |
| Organization: | **DOC/PTO** | State/Province: | **VA** | |
| Bureau: | **PTO** | Zip/postal code: | **22314** | |
| | | Country: | | |

US Department of Commerce, 1401 Constitution Avenue, NW, Washington, DC 20230

Contact Secretary Gutierrez by email at cgutierrez@doc.gov.
Direct inquiries about this page to webmaster@doc.gov, or phone 202-482-5010 if urgent.

Privacy Statement