**MEMORANDUM IN OPPOSITION TO**
**DEFENDANT'S MOTION TO DISMISS**
**FOR LACK OF VENUE OR, IN THE**
**ALTERNATIVE, TO TRANSFER**
Case No. 1:06-cv-01471-RWR

Exhibit A

A copy of the docket sheet from
Michilin Prosperity Co., Ltd. v. Fellowes, Inc.,
Case No. 1:04-cv-01025-RWR-JMF

CASREF, TYPE-E

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:04-cv-01025-RWR-JMF

MICHILIN PROSPERITY CO., LTD. v. FELLOWES
MANUFACTURING COMPANY
Assigned to: Judge Richard W. Roberts
Referred to: Magistrate Judge John M. Facciola
Related Case: 1:06-cv-01471-RWR
Cause: 35:271 Patent Infringement

Date Filed: 06/22/2004
Jury Demand: Defendant
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2004 | 1 | COMPLAINT against FELLOWES MANUFACTURING COMPANY (Filing fee $ 150.) filed by MICHILIN PROSPERITY CO., LTD.. (Attachments: # 1 Exhibit A)(jf, ) (Entered: 06/24/2004) |
| 06/22/2004 | | SUMMONS Not Issued as to FELLOWES MANUFACTURING COMPANY (jf, ) (Entered: 06/24/2004) |
| 06/22/2004 | 2 | LCvR 7.1 - CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by MICHILIN PROSPERITY CO., LTD. (jf, ) (Entered: 06/24/2004) |
| 07/14/2004 | | Summons (1) Issued as to FELLOWES MANUFACTURING COMPANY. (jf, ) (Entered: 07/14/2004) |
| 08/03/2004 | 3 | NOTICE of Appearance by William Paul Atkins on behalf of FELLOWES MANUFACTURING COMPANY (Atkins, William) (Entered: 08/03/2004) |
| 08/03/2004 | 4 | *DEFENDANT'S* ANSWER to Complaint with Jury Demand, COUNTERCLAIM against MICHILIN PROSPERITY CO., LTD. by FELLOWES MANUFACTURING COMPANY.(Atkins, William) (Entered: 08/03/2004) |
| 08/13/2004 | 5 | ORDER setting initial scheduling conference for 9/28/04 at 4:15 p.m. Signed by Judge Richard W. Roberts on 8/13/04. (AKG) (Entered: 08/13/2004) |
| 08/23/2004 | 6 | ENTERED IN ERROR.....REPLY *to Counterclaims* by MICHILIN PROSPERITY CO., LTD.. (D'Ambrosio, Felix) Modified on 8/24/2004 (nmw, ). (Entered: 08/23/2004) |
| 08/24/2004 | | NOTICE OF CORRECTED DOCKET ENTRY. Document No. 6 was entered in error and counsel was instructed to refile said pleading. (nmw, ) (Entered: 08/24/2004) |
| 08/24/2004 | 7 | ANSWER to Counterclaim by MICHILIN PROSPERITY CO., LTD.. |

| | | |
|---|---|---|
| | | (D'Ambrosio, Felix) (Entered: 08/24/2004) |
| 09/02/2004 | 8 | MOTION for Leave to Appear Pro Hac Vice *(Monica B. Lateef)* by FELLOWES MANUFACTURING COMPANY. (Atkins, William) (Entered: 09/02/2004) |
| 09/08/2004 | | MINUTE ENTRY ORDER granting 8 Motion for Leave for Monica B. Lateef to Appear pro hac vice. Issued by Judge Richard W. Roberts on 9/8/04. (AKG) (Entered: 09/08/2004) |
| 09/22/2004 | 9 | MEET AND CONFER STATEMENT. (Moore, Thomas) (Entered: 09/22/2004) |
| 09/27/2004 | | NOTICE of Hearing: Status Conference set for 9/28/2004 04:15 PM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 09/27/2004) |
| 09/28/2004 | | Minute Entry for proceedings held before Judge Richard W. Roberts : Scheduling Conference held on 9/28/2004. Summary Judgment motions due by 11/15/2004. (Court Reporter Susan Tyner.) (lin, ) (Entered: 09/29/2004) |
| 09/30/2004 | 10 | SCHEDULING ORDER. See Order for deadlines. Signed by Judge Richard W. Roberts on 9/29/04. (AKG) (Entered: 09/30/2004) |
| 10/12/2004 | | Set/Reset Deadlines: Summary Judgment motions due by 11/15/2004. (lin, ) (Entered: 10/12/2004) |
| 10/12/2004 | | CASE REFERRED to Magistrate Judge John M. Facciola for any discovery dispute. (jsc) (Entered: 10/13/2004) |
| 10/15/2004 | 11 | Notice to counsel regarding referral to Magistrate Judge John M. Facciola for discovery. Signed by Judge John M. Facciola on 10/15/04. (SP, ) (Entered: 10/15/2004) |
| 11/09/2004 | 12 | NOTICE *REGARDING EXHIBIT ATTACHMENT* by MICHILIN PROSPERITY CO., LTD. (Moore, Thomas) (Entered: 11/09/2004) |
| 11/15/2004 | 13 | MOTION for Sanctions *(Originally served on 10/25/04)* by FELLOWES MANUFACTURING COMPANY. (Attachments: # 1 # 2 # 3 Affidavit # 4 # 5 # 6 # 7 # 8 # 9 # 10 # 11 # 12 # 13 # 14 # 15 # 16 # 17 # 18 # 19 # 20 # 21 # 22 # 23 # 24 Affidavit # 25 # 26 Text of Proposed Order) (Atkins, William) (Entered: 11/15/2004) |
| 11/15/2004 | 14 | NOTICE *of Submission of Requested CD-ROM Exhibit* by FELLOWES MANUFACTURING COMPANY (Atkins, William) (Entered: 11/15/2004) |
| 11/15/2004 | 15 | MOTION for Summary Judgment by FELLOWES MANUFACTURING COMPANY. (Attachments: # 1 # 2 # 3 # 4 # 5 # 6 # 7 # 8 # 9 # 10 Affidavit # 11 Affidavit # 12 # 13 Text of Proposed Order)(Atkins, William) (Entered: 11/15/2004) |
| 11/18/2004 | 16 | MEMORANDUM from Fellowes commenting on Michilin's video submission. (Atkins, William) (Entered: 11/18/2004) |

| 11/22/2004 | 17 | MEMORANDUM *Commenting on Fellowes' CD Commenting on Fellowes' CD* from Michilin. (Moore, Thomas) (Entered: 11/22/2004) |
|---|---|---|
| 11/24/2004 | 18 | NOTICE *ON CONSENT* by MICHILIN PROSPERITY CO., LTD. (Moore, Thomas) (Entered: 11/24/2004) |
| 12/06/2004 | 19 | ENTERED IN ERROR......Memorandum in opposition to motion re 15 *Summary Judgment* filed by MICHILIN PROSPERITY CO., LTD.. (Attachments: # 1 # 2)(Moore, Thomas) Modified on 12/7/2004 (lc, ). (Entered: 12/06/2004) |
| 12/06/2004 | 20 | MOTION for Hearing *on Motions filed November 15 and December 6, 2004* by MICHILIN PROSPERITY CO., LTD.. (Attachments: # 1) (Moore, Thomas) (Entered: 12/06/2004) |
| 12/06/2004 | 21 | Memorandum in opposition to motion re 13 *Rule 11 Sanctions* filed by MICHILIN PROSPERITY CO., LTD.. (Attachments: # 1)(Moore, Thomas) (Entered: 12/06/2004) |
| 12/06/2004 | 22 | Memorandum in opposition to motion re 15 *Summary Judgment (with Concise Statement of Genuine Issues, and Declaration of Frank Chang)* filed by MICHILIN PROSPERITY CO., LTD.. (Attachments: # 1 # 2 # 3 # 4)(Moore, Thomas) (Entered: 12/06/2004) |
| 12/06/2004 | 23 | MOTION to Strike *Declaration of Aaran D. Frank* by MICHILIN PROSPERITY CO., LTD.. (Attachments: # 1)(Moore, Thomas) (Entered: 12/06/2004) |
| 12/06/2004 | 24 | MOTION for Order *to Correct U.S. Patent No. 6,550,701* by MICHILIN PROSPERITY CO., LTD.. (Attachments: # 1 # 2 # 3 # 4)(Moore, Thomas) (Entered: 12/06/2004) |
| 12/07/2004 | | "NOTICE OF CORRECTED DOCKET ENTRY. Document No. 19 was entered in error and has been refiled by Counsel (see document No. 22 for corrected entry)." (lc, ) (Entered: 12/07/2004) |
| 12/16/2004 | 25 | REPLY to opposition to motion re 13 *Rule 11 Sanctions* filed by FELLOWES MANUFACTURING COMPANY. (Atkins, William) (Entered: 12/16/2004) |
| 12/16/2004 | 26 | REPLY to opposition to motion re 15 *Summary Judgment of Non-Infringement of U.S. Patent No. 6,550,701* filed by FELLOWES MANUFACTURING COMPANY. (Atkins, William) (Entered: 12/16/2004) |
| 12/17/2004 | 27 | MEMORANDUM from Fellowes agreeing to Oral Hearing. (Atkins, William) (Entered: 12/17/2004) |
| 12/17/2004 | 28 | Memorandum in opposition to motion re 23 *Michilin's Motion to Strike Declaration of Aaran D. Frank* filed by FELLOWES MANUFACTURING COMPANY. (Attachments: # 1 Exhibit Exhibit B - Color photos of Fellowes' shredder)(Atkins, William) (Entered: 12/17/2004) |
| | | |

| 12/17/2004 | 29 | Memorandum in opposition to motion re 24 *Michilin's Motion to Correct U.S. Patent No. 6,550,701* filed by FELLOWES MANUFACTURING COMPANY. (Atkins, William) (Entered: 12/17/2004) |
|---|---|---|
| 12/21/2004 | 30 | MOTION to Withdraw 23 MOTION to Strike *Declaration of Aaran D. Frank* by MICHILIN PROSPERITY CO., LTD.. (Moore, Thomas) (Entered: 12/21/2004) |
| 12/27/2004 | | MINUTE ENTRY ORDER granting 30 Motion to Withdraw Motion to Strike 23. Issued by Judge Richard W. Roberts on 12/27/04. (AKG) (Entered: 12/27/2004) |
| 12/27/2004 | 31 | REPLY to opposition to motion re 24 *correction of U.S. Patent No. 6,550,701* filed by MICHILIN PROSPERITY CO., LTD.. (Attachments: # 1)(Moore, Thomas) (Entered: 12/27/2004) |
| 12/27/2004 | 32 | REPLY *to Fellowes' Opposition to Michilin's Motion to Strike Declaration of Aaron D. Frank* filed by MICHILIN PROSPERITY CO., LTD.. (Moore, Thomas) (Entered: 12/27/2004) |
| 04/05/2005 | 33 | NOTICE *of Change of Firm Name* by FELLOWES MANUFACTURING COMPANY (Atkins, William) (Entered: 04/05/2005) |
| 05/03/2005 | 34 | ENTERED IN ERROR.....NOTICE / *Motion for leave to file a sur-reply to Michilin's Motion to Correct U.S. Patent No. 6,550,701* by FELLOWES MANUFACTURING COMPANY (Attachments: # 1) (Atkins, William) Modified on 5/16/2005 (jf, ). (Entered: 05/03/2005) |
| 05/03/2005 | 35 | MOTION for Leave to File a sur-reply to Michilin's motion to correct U.S. Patent No. 6,550,701 by FELLOWES MANUFACTURING COMPANY. (Attachments: # 1 Exhibit Surreply)(jf, ) (Entered: 05/16/2005) |
| 05/16/2005 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. 34 was entered in error and was refiled by the Clerk's Office as a Motion instead of a Notice. (jf, ) (Entered: 05/16/2005) |
| 05/16/2005 | 36 | Memorandum in opposition to motion re 35 *LEAVE TO FILE A SUR-REPLY TO MICHILIN'S MOTION TO CORRECT U.S. PATENT NO. 6,550,701* filed by MICHILIN PROSPERITY CO., LTD.. (Moore, Thomas) (Entered: 05/16/2005) |
| 05/19/2005 | 37 | MOTION for Leave to File *Sur-reply to Fellowes, Inc.'s Motion for Rule 11 Sanctions* by FELLOWES MANUFACTURING COMPANY. (Attachments: # 1)(Lateef, Monica) (Entered: 05/19/2005) |
| 05/27/2005 | 38 | MOTION for Leave to File *First Amended Answer and Counterclaims* by FELLOWES MANUFACTURING COMPANY. (Attachments: # 1 # 2) (Lateef, Monica) (Entered: 05/27/2005) |
| 05/31/2005 | 39 | Memorandum in opposition to motion re 37 *leave to file a Sur-reply to Fellows, Inc.'s Motion for Rule 11 Sanctions* filed by MICHILIN PROSPERITY CO., LTD.. (Moore, Thomas) (Entered: 05/31/2005) |

| 06/07/2005 | 40 | Memorandum in opposition to motion re 38 *Leave to Amend Defendant's Answer and Counterclaims* filed by MICHILIN PROSPERITY CO., LTD.. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3)(Moore, Thomas) (Entered: 06/07/2005) |
|---|---|---|
| 06/14/2005 | 41 | REPLY to opposition to motion re 38 *Motion for Leave to Amend Defendant's Answer and Counterclaims* filed by FELLOWES MANUFACTURING COMPANY. (Lateef, Monica) (Entered: 06/14/2005) |
| 10/20/2005 | 42 | MOTION for Discovery *TO BE OPENED* by MICHILIN PROSPERITY CO., LTD.. (Moore, Thomas) (Entered: 10/20/2005) |
| 10/20/2005 | 43 | MOTION for Leave to File *SURREPLY TO 11/15/2004 MOTION FOR SUMMARY JUDGMENT* by MICHILIN PROSPERITY CO., LTD.. (Moore, Thomas) (Entered: 10/20/2005) |
| 11/03/2005 | 44 | Memorandum in opposition to MOTION for Discovery TO BE OPENED re 42 filed by FELLOWES MANUFACTURING COMPANY. (Attachments: # 1 Exhibit A# 2 Exhibit B)(jf, ) (Entered: 11/07/2005) |
| 11/03/2005 | 45 | Memorandum in opposition to MOTION for Leave to File SURREPLY TO 11/15/2004 MOTION FOR SUMMARY JUDGMENT re 43 filed by FELLOWES MANUFACTURING COMPANY. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(jf, ) (Entered: 11/07/2005) |
| 11/10/2005 | 46 | TRANSCRIPT of Status Hearing held on September 28, 2004 before Judge Richard W. Roberts. Court Reporter: Susan Page Tyner. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m, Monday through Friday. (jf, ) (Entered: 11/14/2005) |
| 11/16/2005 | 47 | REPLY to opposition to motion re 42 *TO OPEN DISCOVERY* filed by MICHILIN PROSPERITY CO., LTD.. (Attachments: # 1 Affidavit DECLARATION OF MICHAEL P. PICK)(Moore, Thomas) (Entered: 11/16/2005) |
| 11/16/2005 | 48 | REPLY to opposition to motion re 43 *LEAVE TO FILE SURREPLY TO 11/15/2004 MOTION* filed by MICHILIN PROSPERITY CO., LTD.. (Moore, Thomas) (Entered: 11/16/2005) |
| 02/28/2006 | 49 | MEMORANDUM AND OPINION. Signed by Judge Richard W. Roberts on 2/28/06. (lcrwr2) (Entered: 02/28/2006) |
| 03/07/2006 | 50 | AMENDED MEMORANDUM AND OPINION. Signed by Judge Richard W. Roberts on 3/7/06. This opinion reflects minor citation and punctuation revisions to the opinion issued on 2/28/06.(lcrwr2) (Entered: 03/07/2006) |
| 03/07/2006 | 51 | MOTION for Reconsideration re 50 Memorandum & Opinion by FELLOWES MANUFACTURING COMPANY. (Atkins, William) (Entered: 03/07/2006) |
| 03/07/2006 | 54 | AMENDED ANSWER to Complaint with Jury Demand and |

| | | |
|---|---|---|
| | | COUNTERCLAIM by FELLOWES MANUFACTURING COMPANY. (jf, ) (Entered: 03/17/2006) |
| 03/08/2006 | 52 | Consent MOTION for Extension of Time to *RESPOND TO AMENDED COUNTERCLAIM* by MICHILIN PROSPERITY CO., LTD.. (Moore, Thomas) (Entered: 03/08/2006) |
| 03/13/2006 | | MINUTE ORDER: It is hereby ORDERED that Michilin's consent motion 52 for an extension of time be, and hereby is, GRANTED. Signed by Judge Richard W. Roberts on 3/13/06. (lcrwr2) (Entered: 03/13/2006) |
| 03/16/2006 | 53 | REPLY to 54 First Amended Counterclaims filed by MICHILIN PROSPERITY CO., LTD.. (Moore, Thomas) Modified on 3/17/2006 (jf, ). (Entered: 03/16/2006) |
| 03/20/2006 | 55 | Memorandum in opposition to re 51 *Motion for Reconsideration* filed by MICHILIN PROSPERITY CO., LTD.. (D'Ambrosio, Felix) (Entered: 03/20/2006) |
| 03/22/2006 | 56 | MEET AND CONFER STATEMENT. (Moore, Thomas) (Entered: 03/22/2006) |
| 03/24/2006 | 57 | ENTERED IN ERROR.....MOTION for Reconsideration re 51 MOTION for Reconsideration re 50 Memorandum & Opinion, 55 Memorandum in Opposition *Reply Brief* by FELLOWES MANUFACTURING COMPANY. (Atkins, William) Modified on 3/27/2006 (jf, ). (Entered: 03/24/2006) |
| 03/24/2006 | 58 | REPLY to opposition to motion re 51 for Reconsideration re 50 Memorandum & Opinion filed by FELLOWES MANUFACTURING COMPANY, FELLOWES MANUFACTURING COMPANY. (jf, ) (Entered: 03/27/2006) |
| 03/27/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 57 MOTION for Reconsideration re 51 MOTION for Reconsideration was entered in error and will be re-filed by the Clerk's Office under the correct category.(jf, ) (Entered: 03/27/2006) |
| 03/28/2006 | | NOTICE of Hearing: Status Conference set for 3/29/2006 03:30 PM in Courtroom 9 before Judge Richard W. Roberts. (lin, ) (Entered: 03/28/2006) |
| 03/29/2006 | | Minute Entry for proceedings held before Judge Richard W. Roberts : Status Conference held on 3/29/2006. Markman Hearing set for 7/26/2006 09:30 AM in Courtroom 9 before Judge Richard W. Roberts. (Court Reporter Scott Wallace.) (lin, ) (Entered: 03/30/2006) |
| 04/12/2006 | 59 | SCHEDULING ORDER. Signed by Judge Richard W. Roberts on 4/11/2006. (lcrwr2) (Entered: 04/12/2006) |
| 04/21/2006 | | NOTICE of Hearing: Markman Hearing set for 7/26/2006 09:30 AM before Judge Richard W. Roberts. (lin, ) (Entered: 04/21/2006) |
| 05/01/2006 | 60 | MEMORANDUM OPINION AND ORDER. Signed by Judge Richard |

|  |  | W. Roberts on 05/1/06. (lcrwr2) (Entered: 05/01/2006) |
|---|---|---|
| 05/02/2006 | 61 | STIPULATION *OF PROTECTIVE ORDER* by MICHILIN PROSPERITY CO., LTD. (Moore, Thomas) (Entered: 05/02/2006) |
| 05/03/2006 |  | MINUTE ORDER approving 61 Protective Order. Signed by Magistrate Judge John M. Facciola on 5/3/06. (lcjf1, ) Modified on 5/4/2006 (nmw, ). (Entered: 05/03/2006) |
| 05/04/2006 | 62 | Consent MOTION for Extension of Time to *Take Discovery Depositions for Markman Hearing* by MICHILIN PROSPERITY CO., LTD. (Moore, Thomas) (Entered: 05/04/2006) |
| 05/05/2006 |  | MINUTE ORDER: It is hereby ORDERED that plaintiff's consent motion 62 to extend the time period during which the parties may take discovery depositions to 5/31/06 be, and hereby is, GRANTED. This Order does not extend the deadline to complete other discovery and does not extend any of the deadlines in the briefing schedule set forth in the supplemental scheduling order. Issued by Judge Richard W. Roberts on 5/5/06. (lcrwr2) (Entered: 05/05/2006) |
| 05/08/2006 | 63 | MOTION to Compel *Production Of Documents And Things And To Shorten The Responsive Deadlines* by FELLOWES MANUFACTURING COMPANY. (Attachments: # 1 Exhibit Exhibits A through I)(Atkins, William) (Entered: 05/08/2006) |
| 05/11/2006 | 64 | Memorandum in opposition to re 63 MOTION to Compel *Production Of Documents And Things And To Shorten The Responsive Deadlines* filed by MICHILIN PROSPERITY CO., LTD. (Moore, Thomas) (Entered: 05/11/2006) |
| 05/13/2006 | 65 | REPLY to opposition to motion re 63 MOTION to Compel *Production Of Documents And Things And To Shorten The Responsive Deadlines* filed by FELLOWES MANUFACTURING COMPANY. (Attachments: # 1 Exhibit K - Cherry Touch Switches)(Atkins, William) (Entered: 05/13/2006) |
| 05/17/2006 | 66 | MOTION to Take Deposition from Fellowes, Inc. by MICHILIN PROSPERITY CO., LTD. (Attachments: # 1 Text of Proposed Order proposed ORDER)(Moore, Thomas) (Entered: 05/17/2006) |
| 05/17/2006 | 67 | Second MOTION to Compel *Responses to Discovery and to Shorten Responsive Deadlines and for a Brief Hearing on These Discovery Issues - EXPEDITED* by FELLOWES MANUFACTURING COMPANY. (Attachments: # 1 Exhibit A - Michilin's Objections to Fellowes' Interrogatory# 2 Exhibit B - Email to T. Moore from W. Atkins on 5-16-06# 3 Exhibit C - Michilin's Objections to Fellowes' Second Requests for Admission)(Atkins, William) (Entered: 05/17/2006) |
| 05/18/2006 |  | Set/Reset Hearings: Discovery Motion Hearing set for 5/22/2006 at 02:00 PM in Courtroom 2 before Magistrate Judge John M. Facciola. (lcjf1, ) (Entered: 05/18/2006) |
| 05/19/2006 | 68 | Memorandum in opposition to re 67 Second MOTION to Compel |

| | | |
|---|---|---|
| | | *Responses to Discovery and to Shorten Responsive Deadlines and for a Brief Hearing on These Discovery Issues - EXPEDITED* filed by MICHILIN PROSPERITY CO., LTD... (Moore, Thomas) (Entered: 05/19/2006) |
| 05/19/2006 | 69 | Memorandum in opposition to re 66 MOTION to Take Deposition from Fellowes, Inc. filed by FELLOWES MANUFACTURING COMPANY. (Attachments: # 1 Exhibit A - Michilin's 30(b)(6) Notice# 2 Exhibit B - Email from Moore to Collins on March 31# 3 Exhibit C - Email from Atkins to Moore on April 26# 4 Exhibit D-Email from Moore to Atkins on May 2# 5 Exhibit E-Email from Moore to Atkins on May 8)(Atkins, William) (Entered: 05/19/2006) |
| 05/22/2006 | 70 | REPLY to opposition to motion re 66 MOTION to Take Deposition from Fellowes, Inc. filed by MICHILIN PROSPERITY CO., LTD.. (Moore, Thomas) (Entered: 05/22/2006) |
| 05/22/2006 | | Minute Entry for proceedings held before Magistrate Judge John M. Facciola : Discovery Hearing held on 5/22/2006. (Court Reporter Pro Typist.) (ldc, ) (Entered: 05/22/2006) |
| 05/23/2006 | 71 | MEMORANDUM ORDER denying 63 Expedited Motion to Compel Production of Documents and Things and to Shorten the Responsive Deadlines, denying 66 Motion for Leave to Take Deposition, granting in part and denying in part 67 Second Expedited Motion to Compel Responses to Discovery and to Shorten Responsive Deadlines and for a Brief Hearing on These Discovery Issues. Signed by Magistrate Judge John M. Facciola on 5/23/06. (lcjf1, ) (Entered: 05/23/2006) |
| 06/02/2006 | 72 | ENTERED IN ERROR.....MOTION to Compel by FELLOWES MANUFACTURING COMPANY. (Atkins, William) Modified on 6/6/2006 (jf, ). (Entered: 06/03/2006) |
| 06/03/2006 | 73 | MOTION to Compel *(with Exhibits)* by FELLOWES MANUFACTURING COMPANY. (Attachments: # 1 Exhibit A - Michilin's Ordered Interrogatory Response# 2 Exhibit B - Notice re filing of sealed deposition transcript# 3 Exhibit C - Emails between Moore and Atkins# 4 Exhibit D - Fellowes First Request for Documents# 5 Exhibit E - EPO 1,127,621 German Patent# 6 Exhibit F - Fellowes First Set of Interrogatories# (Atkins, William) . (Entered: 06/03/2006) |
| 06/03/2006 | 74 | MOTION to Expedite *Response Deadlines in Third Motion to Compel* by FELLOWES MANUFACTURING COMPANY. (Atkins, William) (Entered: 06/03/2006) |
| 06/06/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: Document No. re 72 MOTION to Compel was entered in error as a duplicate to No. # 73(jf, ) (Entered: 06/06/2006) |
| 06/06/2006 | 75 | MOTION for Leave to File *Exhibit Under Seal* by FELLOWES MANUFACTURING COMPANY. (Atkins, William) (Entered: 06/06/2006) |
| | | |

| 06/07/2006 | 76 | First MOTION for Reconsideration re 71 Order on Motion to Compel,, Order on Motion to Take Deposition,,, *the MAGISTRATE JUDGE?S DISCOVERY ORDER DATED MAY 23, 2006,* by MICHILIN PROSPERITY CO., LTD.. (Attachments: # 1 Exhibit 1) Fellowes' First Notice of Discovery Deposition Pursuant to Fed. R. Civ. P. 30(b)(6)# 2 Exhibit 2) Michilin's Response to Fellowes' First Set of Requests for Admission# 3 Exhibit 3) Michilin's Objections to Fellowes' First Request for Production# 4 Exhibit 4) Michilin's First Notice of Rule 30(b)(6) Deposition to Fellowes# 5 Exhibit 5) Plaintiff's Reply to Memorandum Order# 6 Exhibit 6) Letter with notice of expert from Fellowes attorneys to Michilin's attorneys dated June 5, 2006# 7 Exhibit 7) Michilin's Response to Fellowes' Second Set of Requests for Admission)(Moore, Thomas) (Entered: 06/07/2006) |
|---|---|---|
| 06/08/2006 | 77 | NOTICE *OF DECISION ON PETITION BY THE UNITED STATES PATENT AND TRADEMARK OFFICE* by MICHILIN PROSPERITY CO., LTD. (Attachments: # 1 Appendix Decision on Petition dated June 7, 2006)(Moore, Thomas) (Entered: 06/08/2006) |
| 06/09/2006 | 78 | NOTICE *of Supplemental Submission* by FELLOWES MANUFACTURING COMPANY re 73 MOTION to Compel *(with Exhibits)* (Attachments: # 1 Exhibit A - Plaintiff's Further Reply to Memorandum Order)(Atkins, William) (Entered: 06/09/2006) |
| 06/12/2006 | 79 | NOTICE of Appearance by Bryan Patrick Collins on behalf of FELLOWES MANUFACTURING COMPANY (Collins, Bryan) (Entered: 06/12/2006) |
| 06/13/2006 | 80 | TRANSCRIPT of Proceedings held on May 22, 2006 Discovery Hearing before Judge John M. Facciola. Court Reporter: Pro-Typists, Inc. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m, Monday through Friday. (tg, ) (Entered: 06/14/2006) |
| 06/14/2006 | 81 | Memorandum in opposition to re 73 MOTION to Compel *(with Exhibits)* filed by MICHILIN PROSPERITY CO., LTD.. (Attachments: # 1 Exhibit 1-Complaint from Virginia Lawsuit# 2 Exhibit 2-Delphion printout# 3 Exhibit 3-Fellowes' First Request for Production of Documents and Things)(Moore, Thomas) (Entered: 06/14/2006) |
| 06/14/2006 | 82 | Memorandum in opposition to re 74 MOTION to Expedite *Response Deadlines in Third Motion to Compel* filed by MICHILIN PROSPERITY CO., LTD.. (Moore, Thomas) (Entered: 06/14/2006) |
| 06/14/2006 | 83 | OPENING BRIEF of Claim Construction with Markman Proceeding Opening Brief by MICHILIN PROSPERITY CO., LTD.. (Moore, Thomas) Modified on 6/15/2006 (jf, ). (Entered: 06/14/2006) |
| 06/14/2006 | 84 | MOTION for Order *for Revised Briefing on Third Motion to Compel (ECF#73)* by MICHILIN PROSPERITY CO., LTD.. (Moore, Thomas) (Entered: 06/14/2006) |
| 06/14/2006 | 85 | BRIEF of Claim Construction, Opening Markman Brief by FELLOWES |

| | | |
|---|---|---|
| | | MANUFACTURING COMPANY. (Attachments: # 1 Exhibit A - 701 patent# 2 Exhibit B - Petition Decision# 3 Exhibit Petition to Director# 4 Exhibit D - Reissue# 5 Exhibit E - Pltfs Int. Response# 6 Exhibit F - Notice re Exh.F, filed as sep. document# 7 Exhibit G - Chang Deposition# 8 Exhibit H - Michilin's Resp. to Fellowes 1st Req. for Admissions# 9 Exhibit I - Notice of Allowance# 10 Exhibit J - Table of terms)(Atkins, William) Modified on 6/15/2006 (jf, ). (Entered: 06/14/2006) |
| 06/14/2006 | 86 | ADDITIONAL ATTACHMENT *Exhibit F - Declaration of Dr. Garris* by FELLOWES MANUFACTURING COMPANY 85 MOTION for Order *of Claim Construction, Opening Markman Brief* filed by FELLOWES MANUFACTURING COMPANY,. (Atkins, William) (Entered: 06/14/2006) |
| 06/15/2006 | | NOTICE OF CORRECTED DOCKET ENTRY: Document Nos. 83 & 85 were modified to re reflect the correct caption of the pleading. Counsel was notified not to file brief(s) using the event Motion(s). (jf, ) (Entered: 06/15/2006) |
| 06/15/2006 | 87 | NOTICE *Regarding Exhibit F Attachments* by FELLOWES MANUFACTURING COMPANY re 86 Additional Attachment (Atkins, William) (Entered: 06/15/2006) |
| 06/21/2006 | 88 | Memorandum in opposition to re 76 First MOTION for Reconsideration re 71 Order on Motion to Compel,, Order on Motion to Take Deposition,,, *the MAGISTRATE JUDGE?S DISCOVERY ORDER DATED MAY 23, 2006,* filed by FELLOWES MANUFACTURING COMPANY. (Attachments: # 1 Exhibit A - 3/31/06 Letter# 2 Exhibit B - 3/31/06 E-mail# 3 Exhibit C - 6/02/06 E-mail# 4 Exhibit D - Chang deposition# 5 Exhibit E - Chang deposition exhibit)(Atkins, William) (Entered: 06/21/2006) |
| 06/26/2006 | 89 | NOTICE OF WITHDRAWAL OF APPEARANCE as to FELLOWES MANUFACTURING COMPANY. Attorney Monica B. Lateef terminated. (Atkins, William) (Entered: 06/26/2006) |
| 06/26/2006 | 90 | REPLY to opposition to motion re 74 MOTION to Expedite *Response Deadlines in Third Motion to Compel* filed by FELLOWES MANUFACTURING COMPANY. (Atkins, William) (Entered: 06/26/2006) |
| 06/26/2006 | 91 | MOTION for Leave to File *Reply Brief to Opposition to Fellowes, Inc.'s Third Expedited Motion to Compel and First Motion for Sanctions Under Seal* by FELLOWES MANUFACTURING COMPANY. (Atkins, William) (Entered: 06/26/2006) |
| 06/26/2006 | 92 | REPLY to opposition to motion re 73 MOTION to Compel *(with Exhibits) FILED UNDER SEAL* filed by FELLOWES MANUFACTURING COMPANY. (Attachments: # 1 Exhibit G - Hearing Tr.# 2 Exhibit H - DDX 1026# 3 Exhibit I - DDX 1002# 4 Exhibit J - DDX 1001)(Atkins, William) (Entered: 06/26/2006) |
| | | |

| 06/28/2006 | 93 | REPLY to opposition to motion re 76 First MOTION for Reconsideration re 71 Order on Motion to Compel,, Order on Motion to Take Deposition,,, *the MAGISTRATE JUDGE?S DISCOVERY ORDER DATED MAY 23, 2006,* filed by MICHILIN PROSPERITY CO., LTD.. (Moore, Thomas) (Entered: 06/28/2006) |
|---|---|---|
| 06/29/2006 | 94 | Memorandum in opposition to re 84 MOTION for Order *for Revised Briefing on Third Motion to Compel (ECF#73)* filed by FELLOWES MANUFACTURING COMPANY. (Atkins, William) (Entered: 06/29/2006) |
| 06/30/2006 | 95 | NOTICE *OF MICHILIN'S MARKMAN PROCEEDING RESPONSIVE BRIEF* by MICHILIN PROSPERITY CO., LTD. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Moore, Thomas) (Entered: 06/30/2006) |
| 06/30/2006 | 96 | RESPONSE to *Michilin's Markman Proceeding Opening Brief* filed by FELLOWES MANUFACTURING COMPANY. (Attachments: # 1 Exhibit K-pt. 1 of 2, Reissue Appln.# 2 Exhibit K-pt. 2 of 2, Reissue Appln.# 3 Exhibit L-MPEP# 4 Exhibit M-Claim Chart)(Atkins, William) (Entered: 06/30/2006) |
| 07/07/2006 | 97 | REPLY to opposition to motion re 84 MOTION for Order *for Revised Briefing on Third Motion to Compel (ECF#73)* filed by MICHILIN PROSPERITY CO., LTD.. (Moore, Thomas) (Entered: 07/07/2006) |
| 07/10/2006 | 98 | NOTICE *OF MICHILIN'S MARKMAN PROCEEDING REPLY BRIEF* by MICHILIN PROSPERITY CO., LTD. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Moore, Thomas) (Entered: 07/10/2006) |
| 07/10/2006 | 99 | REPLY To Michilin's Markman Proceeding Responsive Brief 98 filed by FELLOWES MANUFACTURING COMPANY. (Attachments: # 1 Exhibit N - MPEP sect. 1485)(Atkins, William) . (Entered: 07/10/2006) |
| 07/20/2006 | 100 | NOTICE *(Joint) Regarding Markman Proceeding* by FELLOWES MANUFACTURING COMPANY (Atkins, William) (Entered: 07/20/2006) |
| 07/21/2006 | 101 | NOTICE *OF REISSUE OFFICE ACTION DATED JULY 7, 2006, FROM THE UNITED STATES PATENT AND TRADEMARK OFFICE,* by MICHILIN PROSPERITY CO., LTD. (Attachments: # 1 Exhibit A) (Moore, Thomas) (Entered: 07/21/2006) |
| 07/25/2006 | 102 | MOTION in Limine *on the Garris Declaration and Testimony* by MICHILIN PROSPERITY CO., LTD.. (Attachments: # 1 Exhibit A) (Moore, Thomas) (Entered: 07/25/2006) |
| 07/26/2006 | | Minute Entry for proceedings held before Judge Richard W. Roberts : Markman Hearing held on 7/26/2006 and continued to 7/28/2006 12:30 PM in Courtroom 9 before Judge Richard W. Roberts. (Court Reporter Scott Wallace.) (lin, ) (Entered: 07/27/2006) |
| 07/27/2006 | | NOTICE of Hearing: Markman Hearing set for 7/28/2006 12:30 PM before Judge Richard W. Roberts. (lin, ) (Entered: 07/27/2006) |

| | | |
|---|---|---|
| 07/28/2006 | | Minute Entry for proceedings held before Judge Richard W. Roberts : Markman Hearing concluded on 7/28/2006. (Court Reporter Scott Wallace.) (lin, ) (Entered: 07/28/2006) |
| 08/02/2006 | 103 | NOTICE *OF PLAINTIFF'S SLIDES USED IN ORAL ARGUMENT AT THE MARKMAN HEARING ON JULY 26 AND 28, 2006,* by MICHILIN PROSPERITY CO., LTD. (Moore, Thomas) (Entered: 08/02/2006) |
| 08/08/2006 | 104 | TRANSCRIPT of Status Conference held on March 29, 2006 before Judge Richard W. Roberts. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m, Monday through Friday. (jf, ) (Entered: 08/08/2006) |
| 08/30/2006 | 105 | MEMORANDUM OPINION AND ORDER. Signed by Judge Richard W. Roberts on 8-30-2006. (lcrwr2) (Entered: 08/30/2006) |
| 08/31/2006 | 106 | TRANSCRIPT of Markman Hearing Proceedings held on July 28, 2006 before Judge Richard W. Roberts. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m, Monday through Friday. (jf, ) (Entered: 08/31/2006) |
| 08/31/2006 | 107 | TRANSCRIPT of Markman Hearing Proceedings held on July 26, 2006 before Judge Richard W. Roberts. Court Reporter: Scott L. Wallace. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m, Monday through Friday. (jf, ) (Entered: 08/31/2006) |
| 09/08/2006 | 108 | STATUS REPORT *(Joint)* by FELLOWES MANUFACTURING COMPANY. (Atkins, William) (Entered: 09/08/2006) |
| 09/14/2006 | 109 | MOTION to Amend/Correct *Memorandum Opinion and Order dated August 30, 2006,* by MICHILIN PROSPERITY CO., LTD.. (Attachments: # 1 Memorandum# 2 Text of Proposed Order Proposed Memorandum Opinion and Order)(Moore, Thomas) (Entered: 09/14/2006) |
| 09/25/2006 | 110 | NOTICE *(Supplemental)* by FELLOWES MANUFACTURING COMPANY re 73 MOTION to Compel *(with Exhibits)* (Attachments: # 1 Exhibit A - Notice of filing documents under seal)(Atkins, William) (Entered: 09/25/2006) |
| 09/25/2006 | 111 | MOTION for Leave to File *Exhibit Under Seal* by FELLOWES MANUFACTURING COMPANY. (Atkins, William) (Entered: 09/25/2006) |
| 09/28/2006 | 112 | Memorandum in opposition to re 109 MOTION to Amend/Correct *Memorandum Opinion and Order dated August 30, 2006,* filed by FELLOWES MANUFACTURING COMPANY. (Atkins, William) (Entered: 09/28/2006) |
| 10/05/2006 | 113 | REPLY to opposition to motion re 109 MOTION to Amend/Correct *Memorandum Opinion and Order dated August 30, 2006,* filed by MICHILIN PROSPERITY CO., LTD.. (Attachments: # 1 Exhibit A) |

| | | |
|---|---|---|
| | | (Moore, Thomas) (Entered: 10/05/2006) |
| 10/06/2006 | | Paperless ORDER granting 111 Motion for Leave to File Exhibit Under Seal. Signed by Magistrate Judge John M. Facciola on 10/6/06. (SP, ) (Entered: 10/06/2006) |
| 11/07/2006 | 114 | MEMORANDUM ORDER. Signed by Judge Richard W. Roberts on 11/7/06. (lcrwr2) (Entered: 11/07/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/10/2006 20:14:09 | | | |
| **PACER Login:** | bt0095 | **Client Code:** | MICH2002/TJM |
| **Description:** | Docket Report | **Search Criteria:** | 1:04-cv-01025-RWR-JMF |
| **Billable Pages:** | 8 | **Cost:** | 0.64 |