MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS
FOR LACK OF VENUE OR, IN THE
ALTERNATIVE, TO TRANSFER
Case No. 1:06-cv-01471-RWR

Exhibit B
A copy of the first page of the Complaint in
*Fellowes, Inc. v. Michilin Prosperity Co., Ltd.*

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

|  |  |
|---|---|
| FELLOWES, INC., ) | |
| ) | Civil Action No.: 2:06cv289 |
| Plaintiff, ) | RGD/FBS |
| ) | JURY TRIAL REQUESTED |
| vs. ) | |
| ) | |
| MICHILIN PROSPERITY COMPANY, LTD., ) | |
| ) | |
| Defendant. ) | |

### COMPLAINT

Plaintiff, FELLOWES, INC. ("FELLOWES") alleges as follows:

### PARTIES

1. Plaintiff FELLOWES is a corporation organized and existing under the laws of the state of Illinois, with a principal place of business located at 1789 Norwood Avenue, Itasca, Illinois, 60143.

2. On information and belief, Defendant MICHILIN PROSPERITY COMPANY, LTD. ("MICHILIN") is a corporation existing under the laws of Taiwan with a principal place of business at 5F., 11 SanNing St., SanChung City, Taipei Hsien, 241 Taiwan, R.O.C.

### JURISDICTION AND VENUE

3. This is an action for patent infringement arising under the United States patent laws, 35 U.S.C. §§ 1 et seq.

4. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338.

5. This Court has personal jurisdiction over MICHILIN pursuant to VA. CODE. ANN.

400381742v2