MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS
FOR LACK OF VENUE OR, IN THE
ALTERNATIVE, TO TRANSFER
Case No. 1:06-cv-01471-RWR

Exhibit C
A copy of the first page of the Summons in
Fellowes, Inc. v. Michilin Prosperity Co., Ltd.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of Virginia
Norfolk Division

FELLOWES, INC.

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 2:06cv289

MICHILIN PROSPERITY COMPANY, LTD.

TO: (Name and address of Defendant)

Frank Chang
Michilin Prosperity Company, LTD.
5F. No. 11, SanNing Street
SanChung City
Taipei Hsien 241 Taiwan, (ROC)

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William P. Atkins
Bonnie L. Van Der Weide
Sarah R. Greene
PILLSBURY WINTHROP SHAW PITTMAN, LLP
1650 Tysons Boulevard, Ste. 1400
McLean, VA 22102
Tel.: (703) 770-7900
Fax: (703) 770-7901

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Fernando Galindo
Acting Clerk of Court

/s/ Rhonda D. Lambert

(By) DEPUTY CLERK    (Rhonda D. Lambert)

May 24, 2006
DATE

2002 © American LegalNet, Inc.