IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHILIN PROSPERITY CO., LTD.,<br><br>                    Plaintiff,<br><br>           v.<br><br>DUDAS, Jon, Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office,<br><br>                    Defendant | Case No.   1:06-cv-01471-RWR |

## OPPOSITION TO DEFENDANT'S
## MOTION TO STRIKE PLAINTIFF'S SURREPLY

      Plaintiff, MICHILIN PROSPERITY CO., LTD. (referred to below as "Michilin"), submits this opposition to the motion titled "DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S SURREPLY" (referred to below as the "Motion to Strike") filed by Defendant, Jon Dudas (referred to below as "Dudas") on December 15, 2006.

      The Motion to Strike seeks to strike the "SURREPLY TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF VENUE OR, IN THE ALTERNATIVE, TO TRANSFER" filed by Michilin on December 6, 2006 (referred to below as "Michilin's Surreply").

OPPOSITION TO DEFENDANT'S MOTION
TO STRIKE PLAINTIFF'S SURREPLY
Case No. 1:06-cv-01471-RWR

Michilin respectfully submits that Michilin's Surreply should be considered by the court, not stricken from consideration. If the court considers Michilin's Surreply, then the court should also consider the response incorporated into the Motion to Strike.

These two documents provide further discussion of the issues to be addressed when the court decides the appropriate action to be taken with respect to the initial pleading by Defendant, Dudas, which is the motion titled "DEFENDANT'S MOTION TO DISMISS FOR LACK OF VENUE OR, IN THE ALTERNATIVE, TO TRANSFER AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF" (referred to below as the "Motion to Transfer") served by Defendant on October 30, 2006.

The Motion to Strike confirms that there is a point of disagreement or misunderstanding. "DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS FOR LACK OF VENUE OR, IN THE ALTERNATIVE, TO TRANSFER" (referred to below as the "Reply") was filed by Dudas on November 22, 2006. The Reply at page 3, lines 8-9, states that "Court cases do *not* create venue for future cases." Michilin's Surreply at page 2, states that this "appears to misunderstand Michilin's position" and that "Michilin's position [is] that patent infringement in a judicial district establishes that district as at least one situs of that patent...." The Motion to Strike at page 1, maintains that this "contention is not true ...."

**OPPOSITION TO DEFENDANT'S MOTION**
**TO STRIKE PLAINTIFF'S SURREPLY**
**Case No. 1:06-cv-01471-RWR**

CONCLUSION

Michilin respectfully submits that the Motion to Strike should be denied, and that the court should consider Michilin's Surreply and the response thereto by Dudas in the Motion to Strike.

BACON & THOMAS, PLLC
625 Slaters Lane, Fourth Floor
Alexandria, Virginia 22314-1176
Phone: 703-683-0500
Fax: 703-683-1080
E-mail: mail@baconthomas.com

Respectfully submitted,

/s/
_____
Felix J. D'Ambrosio, D.C. Bar No. 131243
Attorney for Plaintiff

/s/
_____
Thomas J. Moore, D.C. Bar No. 294512
Attorney for Plaintiff

Date:  December 29, 2006

2006.12.29.Opp. to Strike.wpd